IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LARRY W. GREEN | ) |
| | ) No. 3-11-0987 |
| v. | ) |
| | ) |
| MACY'S RETAIL HOLDINGS, INC. | ) |
| d/b/a Macy's | ) |

O R D E R

Pursuant to the order entered December 29, 2011 (Docket Entry No. 11), counsel for the parties called the Court on January 4, 2012, at which time counsel for both parties agreed to seek administrative closure of this case without prejudice and with leave to reopen upon the conclusion of the arbitration proceedings.

On January 4, 2012, the parties filed an agreed order to administratively close (Docket Entry No. 12).

As a result, the parties' joint motion to stay the proceedings and refer the case to arbitration (Docket Entry No. 7) is DENIED as moot.

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp for his consideration of the parties' agreed order to administratively close this case.

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　/s/ Juliet Griffin
　　　　　　　　　　　　　　　　　　JULIET GRIFFIN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge